No. 98–1008. FOREMAN ET AL. *v.* AS MID-AMERICA, INC. Sup. Ct. Neb. Certiorari denied.

No. 98–1044. CHI-MING CHOW *v.* VAN BUREN TOWNSHIP ET AL. Ct. App. Mich. Certiorari denied.

No. 98–1093. ADCO OIL CO. *v.* HOME INSURANCE COMPANY OF ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 98–1094. SCHIFFNER *v.* MOTOROLA, INC. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 98–1098. FLINT ET AL. *v.* DAVIS, EXECUTRIX OF THE ESTATE OF FLINT, DECEASED. Cir. Ct. Loudoun County, Va. Certiorari denied.

No. 98–1099. AK STEEL CORP. *v.* CHAMBERLAIN ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 98–1106. ACM PARTNERSHIP *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 98–1113. SPELLACY ET AL. *v.* AIR LINE PILOTS ASSOCIATION-INTERNATIONAL ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–1116. SAMARAS *v.* AFC ENTERPRISES, INC. C. A. 5th Cir. Certiorari denied.

No. 98–1122. AZIZ *v.* ORBITAL SCIENCE CORP. C. A. 4th Cir. Certiorari denied.

No. 98–1125. KOTECKI ET UX. *v.* CITY OF PERU. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 98–1128. VERMILION CORP. *v.* GREEN. C. A. 5th Cir. Certiorari denied.

No. 98–1133. SHERWIN-WILLIAMS CO. *v.* NEW YORK STATE TEAMSTERS CONFERENCE PENSION AND RETIREMENT FUND. C. A. 6th Cir. Certiorari denied.